The People of the State of New York, Respondent, v. Edward Rheinhardt, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed by default. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. Robert P. Dunn, Relator, v. Arthur W. Woods, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, and writ of certiorari dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

The People of the State of New York ex rel. George Riley, Respondent, v. Alfred E. Steers, as President of the Borough of Brooklyn, Appellant. — Orders affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Pietrina Rini, Appellant, v. Nicola Rini, Respondent.— Order affirmed, without costs. In affirming this order the court expresses no opinion as to whether defendant is liable in any proceedings that may be taken to punish him for contempt for failure to pay arrears of alimony. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Seth W. Scofield, Appellant, v. Jean Winifred Fitzsimmons, etc., Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

George W. Sickels, Appellant, v. Cyrus V. Washburn, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

Abraham Vanderborg, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Thomas, Rich and Putnam, JJ., concurred; Jenks, P. J., and Burr, J., dissented, on the ground that the verdict is against the weight of the evidence.

Philip Wissbach, as Administrator, etc., of Ernest C. Wissbach, Deceased, Plaintiff, v. The Terry & Tench Company, Inc., Defendant.— Plaintiff's exceptions overruled, and judgment unanimously directed for defendant on the nonsuit, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

John Cannon, Respondent, v. James C. Fargo, as President, etc., Appellant.— Motions denied in all respects, except that, under the prayer for general relief, a reargument is ordered, and the case set down for Wednesday, March 3, 1915. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.